UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 14. Motion for Extension of Time

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form14instructions.pdf

**9th Cir. Case Number(s)** | 24-7360

**Case Name** | Edward Hudacko v. Regents of the University of California, et al.

**Requesting Party Name(s)** | Defendants and Appellees

**I am:**
- ○ The party requesting the extension.
- ● Counsel for the party or parties requesting the extension.

**I request an extension of time to file a:**
- ☒ Brief (*you must also complete the Declaration on page 3*)
- ☐ Motion to proceed in forma pauperis
- ☐ Motion for a certificate of appealability
- ☐ Response/opposition to a pending motion
- ☐ Reply to a response/opposition to a pending motion
- ☐ Certified Administrative Record
- ☐ Response to court order dated
- ☐ Other (*you must describe the document*)

The requested new due date is: May 23, 2025

I request the extension of time because (**cannot be left blank**):
*(attach additional pages if necessary)*

Please see attached Declaration of Matthew S. Levinson (pp. 4-5 hereto).

**Signature** | /s/ Matthew S. Levinson   **Date** March 17, 2025
(use "s/[typed name]" to sign electronically-filed documents)

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 14** | 1 | *New 12/01/2018*

> **Recitals in criminal and immigration cases pursuant to Circuit Rule 27-8**
> *Complete this section for criminal or immigration cases.*

Previous requests for extension of time to file the document, including any request for a Streamlined Extension of Time under Circuit Rule 31-2.2(a) (*select one*):

- ⦿ I have **NOT** filed a previous request to extend time to file the document.

- ○ I have previously requested an extension of time to file the document.

  This motion is my ☐ request.
  *(Examples: first, second)*

Bail/detention status (*select one*):

- ○ The defendant is incarcerated. The projected release date is: ☐.

- ○ The petitioner is detained.

- ○ The defendant/petitioner in this criminal/immigration case is at liberty.

**Signature** ☐ **Date** ☐
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 14** 2 *New 12/01/2018*

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the [Answering] brief.
   *(Examples: opening, answering, reply, first cross-appeal)*

2. The brief's current due date is: March 26, 2025

3. The brief's first due date was: March 26, 2025

4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

   Please see attached Declaration of Matthew S. Levinson (pp. 4-5 hereto).

5. The position of the other party/parties regarding this request is:

   ☐ Unopposed.

   ☒ Opposed by *(name of party/parties opposing this motion)*:

   Plaintiff/Appellant declined to stipulate to extend the subject deadline.

   ☐ Unknown. I am unable to verify the position of the other party/parties because:

6. ☒ The court reporter is not in default with regard to any designated transcripts.

   If the court reporter is in default, please explain:

7. ☒ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** s/Matthew S. Levinson    **Date** Mar 17, 2025
*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

# DECLARATION OF MATTHEW S. LEVINSON IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE APPELLEES' BRIEF

I, Matthew S. Levinson, declare:

1. I am licensed to practice law in the State of California and am admitted to the United States Court of Appeals for the Ninth Circuit, I am with the law firm Cole Pedroza LLP, appellate counsel for defendants–appellees The Regents of The University of California; Stephen Rosenthal, M.D.; Janet Yi Man Lee, M.D.; Diane Ehrensaft, Ph.D.; and Asaf Orr, Esq. ("Appellees")  In that capacity I have gained personal knowledge of the following.

2. My colleague Kenneth R. Pedroza, with whom I share responsibility for preparing the Appellee's Brief, and I require additional time, and request an extension of 58 days (to May 23, 2025), to prepare Appellees' Brief for the following reasons.

2.1 Appellant's brief raises multiple issues, arising from different orders in the District Court.  These issues have taken, and will continue to take, substantial time to evaluate and address.  They include whether plaintiff sufficiently plead a conspiracy, whether defendants are entitled to qualified immunity, whether plaintiffs sufficiently pled claims for fraudulent concealment and for intentional infliction of emotional distress, and whether the District Court judge should be disqualified because she allegedly "demonstrated bias" and "is a Holocaust Denier."

2.2 In addition to evaluating and responding to the Appellant's Brief, we will need to evaluate and conditionally respond to an amicus brief filed in support of Appellant.  (See Proposed Brief, Mar. 3, 2025, Docket No. 13.2).  The motion for leave to file the brief was referred to the merits panel.  (See Order, Mar. 10, 2025, Docket No. 20.)

2.3 We are new to the matter.  We were not involved with the underlying District Court proceedings.

2.4 Our clients (including two physicians and others) and their District Court counsel will require time to review the draft of Appellees' Brief.

2.5 In addition to routine matters, Mr. Pedroza and I have had, and do have, other time-limited commitments during the affected period, that as a practical matter preclude foiling the brief by the current due date without affecting its quality. These matters include: *Montoya v. Superior Court,* Cal. Court of Appeal No. G064459, assess opinion issued Feb. 28, 2025, and assess potential petition for review; *Frankland v. Siamak Etehad, M.D., et al.,* Cal. Court of Appeal, No. B338370), Respondent's Brief due March 27, 2025; *Jacobs v. Sharp Healthcare, et al.,* Cal. Court of Appeal, No. D084337, Respondents' Brief due April 11, 2025; and *Whiting-Turner Contracting Company,* Cal. Court of Appeal, No. A168492, Oral Argument, Apr. 17, 2025.

3. Mr. Pedroza and I have been working, and will continue to work, diligently on the preparation of the Appellees' Brief.

4. I am unaware of any prejudice that would result from the requested extension.

5. I sought to obtain the plaintiff–appellant's non-opposition to this request for extension. However, on March 11, 2025, counsel for plaintiff–appellant stated in an email that she does not have authority to stipulate to an extension for Appellees.

I declare under the penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed March 17, 2025, at San Marino, California.

*Matthew S. Levinson*
Matthew S. Levinson

5