# Attorney Credits™

## CALIFORNIA
## CERTIFICATE OF COMPLETION
Provider Number: 13825



**Tracy L. Henderson, Esq**
California Bar Number: 252888

**Course Title**
HELP FOR THE HELPER: TRAUMA, COMPASSION
FATIGUE AND THE LAWYER WHO CARES

**Date of Completion:** 01/22/2026 3:34 PM
**Location:** Remote
**Media Type:** Streaming Video

**Credit Info**
Original Production Date: 06/15/2023          Certificate Type:  SELF-STUDY
                                             Run Time: 1:00:00

To Be Completed by the Attorney after Participation in the Above-Named Activity

By signing below, I certify that I participated in the activity described above and am entitled to claim the following California MCLE credit hours:

| | | | |
|---|---|---|---|
| Legal Ethics: | 0.00 | Recognition & Elimination of Bias: | 0.00 |
| Implicit Bias: | 0.00 | Prevention & Detection Competence: | 1.00 |
| Wellness Competence: | 0.00 | Technology in the Practice of Law: | 0.00 |
| Civility in the Legal Profession: | 0.00 | General MCLE: | 0.00 |
| | | Total Hours: | 1.00 Credits |

Tracy L. Henderson, Esq                    252888
**Name of CA Licensee**                    **CA Bar Number**      **Signature of CA Licensee**

California attorneys must self-report their MCLE compliance to The State Bar of California. The Bar requires attorneys to report their MCLE compliance online through the My State Bar Profile at: https://members.calbar.ca.gov/login.aspx. My State Bar Profile is an online feature for California attorneys to pay fees, update personal information, report MCLE compliance and manage other administrative tasks. You can report compliance after February 1. We will also report your completed courses to The State Bar of California. Our automated reports run weekly on Thursday.

Reminder: Keep this record for four years. In the event that you are audited by the State Bar, you may be required to submit this record for attendance. Send this to the State Bar ONLY if you are audited and requested to send this certificate of completion.